**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7030

CHARLES JONES, a/k/a Nicholas Warner Jones,

Plaintiff - Appellant,

versus

JACK KAVANAUGH, Deputy, Maryland Department of
Corrections   Commissioner;   PEGUESE   JAMES,
Current Managing Warden,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
02-3002-RDB)

Submitted:  September 30, 2003      Decided:  October 8, 2003

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Jones, Appellant Pro Se. Glenn William Bell, Joseph Francis
Curran, Jr., OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Kavanaugh, No. CA-02-3002-RDB (D. Md. filed June 11, 2003; entered June 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED